```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

**CIVIL ACTION NO. 1:14cv206 (WOB-SKB)**

**CHRISTOPHER AVERY**                                          **PETITIONER**

**VS.**                              <u>**ORDER**</u>

**WARDEN, ALLEN**
**CORRECTIONAL INSTITUTION**                                   **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #14), and having considered de novo those objections filed by plaintiff (Doc. #16), and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #14) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that respondent's motion to dismiss (Doc. #6) be, and it is, hereby **granted**; that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2245 (Doc. #1) be, and it is, hereby **dismissed with prejudice** on the ground that the petition is time-barred under 28 U.S.C. §2244(d). A certificate of appealabilty shall not issue with respect to any and all claims for relief alleged herein. Pursuant to 28 U.S.C. §1915(a)(3), any appeal of this Order would not be taken in "good faith" and petitioner should therefore not be permitted to proceed *in forma pauperis.*

This 16th day of March, 2015.



Signed By:
***William O. Bertelsman*** *WOB*
United States District Judge